NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE UNITED STATES,**
*Petitioner.*

---

Miscellaneous Docket No. 992

---

On Petition for Writ of Mandamus to the United States Court of Federal Claims in case no. 09-CV-793, Judge Edward J. Damich.

ON PETITION

---

Before PROST, *Circuit Judge.*

## ORDER

The United States submits a petition for a writ of mandamus to vacate the orders of the United States Court of Federal Claims granting Panasonic Communications Corporation of America's motion to compel discovery, and a motion for a stay of proceedings.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Panasonic is directed to respond no later than July 22, 2011.

(2) The Court of Federal Claims' directive that the United States comply with Panasonic's discovery requests is temporarily stayed pending review of the petition.

FOR THE COURT

__JUL  7 2011__                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk


cc:  Jonathan S. Cohen, Esq.
     Daniel John Dunn, Esq.
     Clerk, United States Court Of Federal Claims

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUL 0 7 2011

JAN HORBALY
CLERK